# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **KATLYN WAINWRIGHT**, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:21-cv-02366-JPH-MJD |
| **TRILOGY HEALTH SERVICES, LLC,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Katlyn Wainwright ("Wainwright"), and Defendant, Trilogy Health Services, LLC ("Defendant"), hereby stipulate to the dismissal of Wainwright's claims, with prejudice, against Defendant and with each party to bear her or its own costs and attorneys' fees

Respectfully submitted,

*/s/ Ryan Sullivan*
Ryan Sullivan (Atty No. 34217-64)
BIESECKER, DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: rsullivan@bdlegal.com

*/s/ Amy Miles (with permission)*
Thomas M. Williams
Amy L. Miles
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202
Phone: (502) 333-6000
thomas.williams@skofirm.com
amy.miles@skofirm.com